

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 22, 2020

Hon. Judith C. McCarthy
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

    Re:  United States v. Jonathan Diolosa, 20 Mag. 7887

Dear Judge McCarthy:

    On or about July 30, 2020, the Honorable Lisa Margaret Smith granted the parties' request that the documents filed in this proceeding remain under seal.  The parties have now determined that no further sealing is necessary.  Accordingly, the parties respectfully move to unseal this case and all related documents.

                         Respectfully submitted,

                         AUDREY STRAUSS
                         Acting United States Attorney

              By:   /s/ Jim Ligtenberg
                    Jim Ligtenberg
                    Assistant United States Attorney
                    (914) 993-1953

SO ORDERED:

_/s/ Judith C. McCarthy_   9-22-2020
Hon. Judith C. McCarthy
United States Magistrate Judge