UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jonathan Diolosa

                Defendant.
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MJ 7887

Defendant, Jonathan Diolosa, hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒      Initial Appearance Before a Judicial Officer

☐      Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐      Guilty Plea/Change of Plea Hearing

☐      Bail/Detention Hearing

☐      Conference Before a Judicial Officer - Assignment of Counsel

/s/ Jonathan Diolosa, electronic signature placed by USMJ Smith with permission of the Defendant
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

_____
Jonathan Diolosa

_____
Bruno V. Gioffre, Jr., Esq.

This proceeding was conducted by reliable video or telephone conferencing technology.

July 30, 2020
_____
Date

_____
~~U.S. District Judge~~/U.S. Magistrate Judge