# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: 1/13/2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

               Plaintiff             **SCHEDULING ORDER**

    -against-                         7:20-MJ-7887-UA

Jonathan Diolosa

               Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled an Arraignment on an Information for 1/27/2021 at 10 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  January 13, 2021
         White Plains, New York

                                SO ORDERED:

                                s/      PED

                                PAUL E. DAVISON
                                United States Magistrate Judge